**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

AP/RSB/ML/RSB/ML
F. #2024R00837

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

May 24, 2024

By E-mail

The Honorable Cheryl L. Pollak
United States Magistrate Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Re: United States v. Daniel Horton
Docket No. 24-MJ-392

Dear Judge Pollak:

The government respectfully moves for an order to unseal the complaint and arrest warrant for Daniel Horton in the above-captioned matter. The complaint was partially unsealed as to Ryan Nieves and Caleb Smith on May 23, 2024.

Respectfully submitted,

BREON PEACE
United States Attorney

By: ______________________
Andy Palacio
Raffaela S. Belizaire
Megan Larkin
Assistant U.S. Attorney
(718) 254-7000

Enclosure

cc: Clerk of Court (by ECF)

AP/RSB/ML
F.# 2024R00837

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA

- against -

DANIEL HORTON,

Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - X

O R D E R

CR 24-MJ-392 (SJB)

Upon the application of BREON PEACE, United States Attorney for the Eastern District of New York, by Assistant United States Attorney Andy Palacio, for an order unsealing the complaint and arrest warrant for DANIEL HORTON in the above-captioned matter.

WHEREFORE, it is ordered that the complaint and arrest warrant for DANIEL HORON in the above-captioned matter be unsealed.

Dated: Brooklyn, New York
5/24, 2024

Cheryl Pollak

HONORABLE CHERYL L. POLLAK
UNITED STATES MAGISTRATE JUDGE
EASTERN DISTRICT OF NEW YORK